**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

NU IMAGE, INC.,

          Plaintiff,

-vs-                                        Case No.  2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

          Defendant.

_____

## ORDER

      This matter comes before the Court on Defendants' Motion to Appear *Pro Hac Vice* (Doc. #47) filed on March 19, 2012.  Attorney Grant U. Hardeway, Sr., Esq., of 104 ½ East 33rd Street, Houston, TX 77098, requests to appear *pro hac vice* on behalf of Defendants in this case.  Attorney Hardeway is a member in good standing with the Bar of the state of Texas.  However, he does not indicate whether or not he is a member in good standing of any Federal Bar.

      However, Mr. Hardeway has not specified an attorney who is a member of the Bar of the United States District Court for the Middle District of Florida and a resident of Florida who has agreed to serve as local counsel.  Additionally, it is not clear from Attorney Hardeway's Motion whether he wishes to be admitted for the purposes of appearing as counsel for all 3,932 defendants or only one or some of them.  Thus, the Court, having considered the motion, finds that it presently lacks good cause and will deny admission to appear *pro hac vice.*

      Accordingly, it is now

      **ORDERED:**

(1)   The Defendants Does 1–3,932 Motion for Special Admission to Practice *Pro Hac Vice* (Doc. #47) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th   day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record