UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NU IMAGE, INC.,**

    **Plaintiff,**

**V.**                                              **Case No: 2:11-CV-545-FtM-29SPC**

**JOHN DOES 1 - 3,932**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on a letter submitted to the Court by Michael Goldberg, a/k/a John Doe #906 (Doc. #41) on March 6, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, he must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now **ORDERED:**

John Doe #906's Letter to the Court (Doc. #41) is hereby **STRICKEN**. The Clerk of Court is directed to send a copy of this Order to Michael Goldberg, 2500 Bel Air Drive, Glenview, Illinois, 60025.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd Day of March, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

1