UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL S. NEWMAN, as a Receiver for Founding Partners Capital Management Company; Founding Partners Stable-Value Fund, L.P.; Founding Partners Stable-Value Fund, II, L.P.; Founding Partners Global Fund, Ltd., and Founding Partners Hybrid-Value Fund, L.P.,

       Plaintiff,

-vs-            Case No. 2:09-cv-445-FtM-29SPC

SUN CAPITAL, INC. a Florida corporation; SUN CAPITAL HEALTHCARE, INC., a Florida corporation; HLP PROPERTIES OF PORT ARTHUR, LLC, a Texas limited liability company,

       Defendants.
_____

**ORDER**

   This matter comes before the Court on Kirk Reasonover, Esq.'s Motion for Special Admission to Practice Pursuant to Local Rule 2.02(a) (Doc. # 294) filed on March 29, 2012. Kirk Reasonover, Esq., of the law firm Reasonover & Olinde, LLC, 400 Poydras Street, Suite 1980, New Orleans, Louisiana, 70130, moves the Court for admission *pro hac vice* on behalf of the Claimant, Roman Catholic Church of the Archdiocese of New Orleans. Attorney Reasonover is a member in good standing with the Louisiana Bar and is also admitted to practice in the Louisiana District Court. Further, Susan Healy, Esq. who is admitted in the Middle District of Florida, of the law firm Vernon Healy, 3080 Tamiami Trail East, Naples, Florida 34112, has been retained as local Counsel by Defendant to defend this action. The Court, having considered the motion, finds good cause and will grant the admission *pro hac vice*.

Accordingly, it is now

>  **ORDERED:**

(1) Kirk Reasonover, Esq.'s Motion for Special Admission to Practice Pursuant to Local Rule 2.02(a) (Doc. # 294) is **GRANTED**.  Kirk Reasonover, Esq., of the law firm Reasonover & Olinde, LLC, 400 Poydras Street, Suite 1980, New Orleans, Louisiana, 70130, shall be admitted *pro hac vice* on behalf of the Defendant.

(2) Susan Healy, Esq., of the law firm Vernon Healy, 3080 Tamiami Trail East, Naples, Florida 34112, shall be designated local Counsel in this matter.

(3) If Counsel has not already done so, within **eleven (11) days** from the date of the Order, Counsel shall pay the $10.00 filing fee along with the application for special admission to practice which can be found on www.flmd.uscourts.gov.

(4) Unless already completed, within **eleven (11) days** from the date of the Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially without further notice.

**DONE AND ORDERED** at Fort Myers, Florida, this ___30th___ day of March, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record