UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NU IMAGE, INC.,**

    **Plaintiff,**

**V.**                                           Case No: 2:11-CV-545-FtM-29SPC

**JOHN DOES 1-3,613**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on John Doe 307's Motion to Quash Subpoena (Doc. #76) filed on March 29, 2012. The instant Motion is signed by Davis W. Rooker, "representative for Doe No. 307." It is not clear if Mr. Rooker is an attorney as the signature does not comply with Local Rule 1.05(d), which requires that every pleading, motion, or brief tendered by counsel for filing, be followed by certain information, including the individual's bar number. Only attorneys may represent other individuals in this Court. Otherwise, John Doe #307 must file his pleadings *pro se*. The pleading may be re-filed in compliance with the Local Rules.

Accordingly, it is now **ORDERED:**

John Doe 307's Motion to Quash Subpoena (Doc. #76) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th Day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record