UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

          Plaintiff,

vs.                              Case No.  2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

          Defendant.

_____

**ORDER**

On March 30, 2012, the Court received the attached correspondence via facsimile from John Doe with associated IP Address 24.176.189.150 and Modem MAC 00:22:3a:da:b2:ad.  Therein, John Doe states that he or she formally objects to disclosure or release of any information regarding this case.  The Court will strike the letter.  If movant would like to request relief from this Court, he or she must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED**:

John Doe's March 30 2011, facsimile correspondence attached to this Order is **STRICKEN.**

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of April, 2012.

_____
JOHN E. STEELE
United States District Judge

Copies: Counsel of record

March 30, 2012

Court Case 2:11-cv-00545
Charter case number: 11-4883
My id number: 38

To: United States District Court for the Middle District of Florida.
To: Charter Communications

To Whom It May Concern:
    I formally object disclosure or release of ANY information concerning case no.
2:11-cv-545-Ftm-29spc.

IP Address: 24.176.189.150
Modem MAC: 00:22:3a:da:b2:ad

Thank You For Your Time