UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

                Plaintiff,

-vs-                                                          Case No. 2:11-cv-545-FtM-29SPC

DOES 1–3,932,

                Defendant.
_____

**ORDER**

This matter comes before the Court on a letter submitted to the Court by an unknown John Doe Defendant (Doc. #89) filed on April 2, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, he or she must do so in a Motion setting forth the legal grounds upon which relief may be granted.

The Court notes also that in the instant Letter, Defendant John Doe did not include any identifying information such as which John Doe number he is, nor did he include his IP address. Even though exceptions exist for sensitive information, under the Federal Rules of Civil Procedure, every paper or pleading must be signed and include other identifying information such as the signer's address, email address, and telephone number. Fed. R. Civ. P. 11(a). One of the reasons for this requirement is so that the Court will know which party is requesting the relief in the motion. In order for this Court to be able to consider granting Defendant relief in future Motions, he must provide sufficient identifying information.

Accordingly, it is now

**ORDERED:**

John Doe's Letter submitted to the Court (Doc. #89) is **STRICKEN**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of April, 2012.

                                              SHERI POLSTER CHAPPELL
                                              UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record