UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

        Plaintiff,

-vs-                              Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

        Defendant.
_____

**ORDER**

This matter comes before the Court on a letter submitted to the Court by Dennis and Debra Johnson, a/k/a John Doe #338 (Doc. #84) filed on April 2, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movants would like to request relief from this Court, they must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

John Doe #338's Letter submitted to the Court (Doc. #84) is **STRICKEN**. The Clerk of Court is directed to send a copy of this Order to Dennis and Debra Johnson, 204 View Forest Court, Greer, South Carolina 29651.

**DONE AND ORDERED** at Fort Myers, Florida, this _____ day of April, 2012.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record