UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

          Plaintiff,

-vs-                                      Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

          Defendant.
_____

**ORDER**

This matter comes before the Court on a letter submitted to the Court by John Doe #240 (Doc. #85) filed on April 2, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, he must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

John Doe #240's Letter submitted to the Court (Doc. #85) is **STRICKEN**. The Clerk of Court is directed to send a copy of this Order to 107 Brookfield Court, Smyrna, TN 37167.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of April, 2012.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record