3/29/12

To The United States District Court Middle District of Florida Fort Myers Division.

I Refuse to let Charter Communications Send you Any information.

FILED 2012 APR -6 PM 1:01 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA