UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NU IMAGE, INC.,**

    **Plaintiff,**

**V.**                                                   Case No: 2:11-CV-545-FtM-29SPC

**JOHN DOES 1- 3,932**

    **Defendants.**

_____/

## **ORDER**

This matter comes before the Court on Defendant John Doe #862's Motion to Quash (Doc. #40) filed on March 8, 2012. On March 27, 2012, this Court entered an Order denying the Motion to Quash (Doc. #68). The Court will now vacate that Order. An Order on Defendant John Doe #862's Motion to Quash (Doc. #40) will be issued under separate cover.

Accordingly, it is now **ORDERED:**

The Clerk of Court is hereby directed to **VACATE** this Court's Order entered at Doc. #68. The Clerk of Court is further directed to edit the docket sheet in CM/ECF so Doc. #40 shows as a pending Motion.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th Day of April, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

1