**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

NU IMAGE, INC.,

                Plaintiff,

-vs-                                    Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

                Defendant.
_____

## ORDER

      This matter comes before the Court on Defendant John Doe's Motion to Quash or Modify the Subpoena (Doc. #83) filed on April 2, 2012. Plaintiff filed its Opposition (Doc. #114) on April 4, 2012. The instant action was brought against 3,932 John Does whose personal contact information is unknown except for the IP address. At issue in the Motion is the propriety of the subpoenas that were issued to the John Doe Defendant's internet service providers, which seek their contact information. Given the nature of the suit, the Court is aware that the addresses for the John Doe Defendants are unknown at this time and the John Doe Defendants are seeking to keep this information private.

      The Court notes that in the instant Motion, Defendant John Doe did not include any identifying information such as which John Doe number he is, nor did he include his IP address. Even though exceptions exist for sensitive information, under the Federal Rules of Civil Procedure, every paper or pleading must be signed and include other identifying information such as the signer's address, email address, and telephone number. Fed. R. Civ. P. 11(a). One of the reasons for this requirement is so that the Court will know which party is requesting the relief

in the motion. In this instance, the Court does not know which Defendant any ruling on the Motion would apply to. Therefore, the Motion is due to be denied without prejudice as the Motion may be re-filed if the identifying information is included.[1]

Accordingly, it is now

**ORDERED:**

The Defendant, John Doe's Motion to Quash or Modify Subpoena (Doc. #83) is **DENIED without prejudice**. The Clerk of Court is directed to send a copy of this Order to John Doe Defendant, 17655 Pacific Ave. #12, La Mesa, CA 91942.

**DONE AND ORDERED** at Fort Myers, Florida, this   6th   day of April, 2012.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

---

[1] The Court makes no ruling at this time on the merits of the Motion to Quash.