UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NU IMAGE, INC.,**

    **Plaintiff,**

**V.**                                                                 **Case No: 2:11-CV-545-FtM-29SPC**

**JOHN DOES 1- 3,932**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on Defendant John Doe #597's Motion to Dismiss and/or Quash Subpoena (Doc. #28) filed on February 20, 2012. On March 27, 2012, this Court entered a Report and Recommendation (R & R) to the District Court recommending the Motion to Dismiss and/or Quash be denied (Doc. #71). The Court will now vacate that R&R. A R&R on Defendant John Doe #597's Motion to Dismiss and/or Quash Subpoena (Doc. #28) will be issued under separate cover.

Accordingly, it is now **ORDERED:**

The Clerk of Court is hereby directed to **VACATE** this Court's R&R entered at Doc. #71. The Clerk of Court is further directed to edit the docket sheet in CM/ECF so Doc. #28 shows as a pending Motion.

1

**DONE** and **ORDERED** in Fort Myers, Florida this 6th Day of April, 2012.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

2