UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

        Plaintiff,

-vs-                        Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

        Defendant.

_____

**ORDER**

This matter comes before the Court on a letter submitted to the Court by Judy Hinnant and Michael Rene Hinnant, (Doc. #133) filed on April 6, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movants would like to request relief from this Court, they must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

Judy and Michael Rene Hinnant's Letter submitted to the Court (Doc. #133) is **STRICKEN**. The Clerk of Court is directed to send a copy of this Order to Judy and Michael Rene Hinnant, 9641 River Road, Wilmington, NC 28412.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of April, 2012.

                                          SHERI POLSTER CHAPPELL
                                          UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record