UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

                Plaintiff,

-vs-                                        Case No. 2:11-cv-545-FtM-29SPC

DOES 1–3,932,

                Defendant.

_____

## ORDER

This matter comes before the Court on a letter submitted to the Court by Daniel X., a/k/a John Doe Defendant #182 (Doc. #143) filed on April 9, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, he must do so in a Motion setting forth the legal grounds upon which relief may be granted.

The Court is mindful that any rulings from this Court cannot be sent to John Doe #182's attention because his home address is unknown and the basis of his objection to the subpoena is that he should not be required to provide it. But by John Doe not providing an address to the Court, he does so to his own detriment as the Defendant will not have the opportunity to object to the Court's rulings. The Court cannot defend the case on John Doe's behalf, though, as it is Defendant's responsibility to provide the Court with a mailing address if he wishes to stay apprised of filings in this matter. The Court cannot inform litigants about case matters if a party refuses to provide an address.

Accordingly, it is now

**ORDERED:**

John Doe 182's Letter submitted to the Court (Doc. #143) is **STRICKEN**.

**DONE AND ORDERED** at Fort Myers, Florida, this   12th    day of April, 2012**.**

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record