UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

        Plaintiff,

-vs-                                    Case No.  2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

        Defendant.
_____

## ORDER

This matter comes before the Court on a letter submitted to the Court by John Doe #73 (Doc. #144) filed on April 9, 2012.  The Court will strike the letter as it does not accept letters from parties.  If movant would like to request relief from this Court, he or she must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

John Doe #73's Letter submitted to the Court (Doc. #144) is **STRICKEN**.  The Clerk of Court is directed to send a copy of this Order to James M. Drazen, Esq., 108 South Kimberlin, Troy, IL 62294.

**DONE AND ORDERED** at Fort Myers, Florida, this  12th   day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record