UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

          Plaintiff,

-vs-                                    Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

          Defendant.
_____

**ORDER**

This matter comes before the Court on a letter submitted to the Court by Raquel Quezada, a/k/a John Doe #438 (Doc. #146) filed on April 9, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, she must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

John Doe #438's Letter submitted to the Court (Doc. #146) is **STRICKEN**. The Clerk of Court is directed to send a copy of this Order to Raquel Quezada, 2369 Jessica Circle, Escalon, CA 95320.

**DONE AND ORDERED** at Fort Myers, Florida, this   12th   day of April, 2012.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record