UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

    Plaintiff,

V.                                            Case No: 2:11-CV-545-FtM-29SPC

DOES 1 - 3,932,

    Defendants.

_____/

## ORDER

This matter comes before the Court on Motion to Quash or Modify Subpoena (Doc. #145) filed on April 9, 2012. In the Motion, John Doe requests relief on behalf of "John Does 2-60." This is improper. John Doe may only request relief on his own behalf *pro se* and may not represent other John Does nor request relief from the Court on their behalf. Defendant John Doe may re-file the instant Motion on his behalf only.

Accordingly, it is now **ORDERED:**

Motion to Quash or Modify Subpoena (Doc. #145) is **DENIED without prejudice**. The Clerk of Court is directed to send this Order to Daniel Carrasoulco, 443 N. College Ave., Newton, NC 28658.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th Day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

1