**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

NU IMAGE, INC.,

          Plaintiff,

-vs-                                Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3,932,

          Defendant.
_____

## ORDER

On April 12, 2012, the Court received the attached correspondence via facsimile from John Does #89, 220, and 243, associated with IP Addresses 24.151.58.5, 24.151.60.191, and 24.151.106.84. (Doc. #155). Therein, John Doe states that he or she has never had a chance to object to the subpoena because he or she had not received the information in the mail prior to the objection deadline. The Court will strike the letter. If movant would like to request relief from this Court, he or she must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

John Doe #89, 22, and 243's April 12, 2012, facsimile correspondence (Doc. #155) is **STRICKEN**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___23rd___ day of April, 2012.

                                                *SHERI POLSTER CHAPPELL*
                                                SHERI POLSTER CHAPPELL
                                                UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record