UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NU IMAGE, INC.,**

    **Plaintiff,**

**V.**                                                           Case No:  2:11-CV-545-FtM-29SPC

**JOHN DOES 1-3,923,**

    **Defendants.**
_____/**ORDER**

This matter comes before the Court on Defendant Donnell Brooks' Letter to the Court (Doc. #196) filed on April 23, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, he must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

Defendant Donnell Brooks' Letter to the Court (Doc. #196) is **STRICKEN.** The Clerk of Court is directed to mail a copy of this Order to Donnell Brooks, 300 Nesbit Entry Drive, Roswell, GA 30076.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th Day of April, 2012.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record