UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

        Plaintiff,

-vs-                                  Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3,932,

        Defendants.
_____

**ORDER**

On May 7, 2012, the Court received a letter regarding this case from Thomas Pendergast, one of the John Doe Defendants. (Doc. #214). The Court will strike the letter. If movant would like to request relief from this Court, he must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

John Doe's Letter to the Court (Doc. #1214) is **STRICKEN**. The Clerk of Court is directed to mail a copy of this Order to Thomas Pendergast, 1789 Nemoke Trail, Apt. 6, Haslett, MI 48840.

**DONE AND ORDERED** at Fort Myers, Florida, this   8th   day of May, 2012.

                                                                   SHERI POLSTER CHAPPELL
                                                                   UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record