UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

        Plaintiff,

-vs-                                    Case No. 2:11-cv-545-FtM-29SPC

DOES 1-3, 932,

        Defendants.

_____

## ORDER

This matter comes before the Court on a letter submitted to the Court by John Doe #1,077 (Doc. #178) filed on April 18, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, he or she must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now

**ORDERED:**

John Doe #1,077's Letter submitted to the Court (Doc. #178) is **STRICKEN**. The Clerk of Court is directed to send a copy of this Order to John Doe #1,077, Box #148, 70 South Winooski Avenue, Burlington, VT 05401-3830.

**DONE AND ORDERED** at Fort Myers, Florida, this   9th   day of April, 2012.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record