RECEIVED / Filed 5/14/12 747 — CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE, FLORIDA

pirated film.txt

2:11-cv-545-FtM-29-SPC   DB

Jill H Adels, Ph. D
8 Marbee Road
Rockport MA 01966
978-546

5/10/12

Middle District Court of Florida

re: Nu Image Civil Suit regarding unauthorized downloads of THE MECHANIC
My file number is 327694

MOTION TO QUASH OR SUPPRESS RELEASE OF MY PERSONAL DATA BY COMCAST

Please consider this letter as my request to supress release of my information in the Nu Image

case. I was not in residence at my home when the alleged offence occured. Below is my letter to

COMCAST detailing the facts which I hereby reaffirm. COMCAST was not able to tell me which court to

contact, other than it is one of the middle District Florida courts, so I am choosing Jacksonville,

as the State Capital. Please forward this letter to the appropriate court, if Jacksonville is

incorrect.

Thank you,

*(signature)*

Jill H Adels

-5915

4/19/2012

Kendall Thompson
Comcast Operations Management
650 Centerton Road
Moorestown, New Jersey 08057

Dear Mr. Thompson:

I write in response to your notice about the lawsuit filed by Nu Image Inc on 11/30/2011. I do

not give permission for Comcast to release my name and other information to the court. I was in

Vermont when the alleged offense took place, and have absolutely no knowledge of what happened in

Page 1

231

pirated film.txt

Rockport. I am an elderly widow, with minimal knowledge of technology. I could not pirate a film

if my life depended on it. If I were to pirate a film, it certainly would not be anything like THE

MECHANIC.

I see by the extensive list of culprits that you enclose in your letter that you have plenty of

other possible felons to pursue. Please do not include my name or any information about me in your

letters to the court. It would be a sad waste of my slender resources to have to hire a lawyer to

defend me in this absurd cause.

Sincerely yours,

Jill H Adels, Ph.D.