Peter A Cibes
Marble Road
Polepah, MT
59966

US District Court for the Middle District
of Florida
Jacksonville Division, Bryan S. import
300 North Hogan Street
Jacksonville, FL 32202

32202+4226