UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NU IMAGE, INC.,

    **Plaintiff,**

V.                                        Case No: 2:11-CV-545-FtM-29SPC

JOHN DOES 1 - 3,932,

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on a letter submitted to the Court by Jill H. Adels, a/k/a John Doe (Doc. #231) on May 14, 2012. The Court will strike the letter as it does not accept letters from *pro se* parties. If movant would like to request relief from this Court, she must do so in a Motion setting forth the legal grounds upon which relief may be granted.

Accordingly, it is now **ORDERED:**

Jill H. Adels Letter to the Court (Doc. #231) is hereby **STRICKEN**. The Clerk of Court is directed to send a copy of this Order to Jill H. Adels, 8 Marbee Road, Rockport, MA 01966.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th Day of May, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record