## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| NU IMAGE, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:11-cv-000545-JES-SPC |
| ) | |
| DOES 1-3932, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL ON BEHALF OF DOE 1325**

COMES NOW Attorney CYNTHIA CONLIN and gives notice of her appearance as counsel for **"Doe 1325"** for the special purpose of moving to quash a subpoena, contest discovery, or seek protective order.  This notice shall not be construed as a general appearance; Doe 1325 has not been served with process.

**CERTIFICATE OF SERVICE**

I the undersigned attorney certify that on **June 12, 2012,** I filed the foregoing with the Clerk of the Court via CM/ECF system which will notify electronically all parties.

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803
Tel 407-965-5519
Fax 407-545-4397
www.cynthiaconlin.com

/s/ Cynthia Conlin, Esq.
Cynthia CONLIN, ESQ.
Florida Bar No. 47012
cynthiaconlin@cynthiaconlin.com