## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| NU IMAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 2:11-cv-00545 |
| DOES 1-3932, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANT DOE 1325'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant "DOE 1325," by and through the undersigned counsel, and hereby discloses the following, pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   DOES 1-3932,                (Unidentified Defendants)
   including Doe 1325[1]

---

[1] Because Doe 1325 is not yet named as a party and because his/her/its identity is the subject of the subpoena, Doe 1325 has omitted any identifying information.

      CYNTHIA CONLIN, ESQ.      (Attorney for Doe 1325)

      NU IMAGE, INC.      (Plaintiff)

    2.    The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: NONE

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: NONE

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      NU IMAGE, INC. (Plaintiff)

### CERTIFICATE OF NO POTENTIAL CONFLICT OF INTEREST

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

                                        /s/ Cynthia Conlin, Esq.
                                        Cynthia CONLIN, ESQ.
                                        Florida Bar No. 47012

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, July 04, 2012, I filed electronically the foregoing with the Clerk of the Court via CM/ECF system which will notify all persons authorized to receive notices of electronic filing.

Respectfully submitted by

*Attorney for Defendant Doe 1325:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803
Tel 407-965-5519
Fax 407-545-4397
www.cynthiaconlin.com

<u>/s/ Cynthia Conlin, Esq.</u>
Cynthia CONLIN, ESQ.
Florida Bar No. 47012
cynthiaconlin@cynthiaconlin.com