**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**NU IMAGE, INC.,**

    **Plaintiff,**

**V.**                                                                                            Case No:  2:11-CV-545-FtM-29SPC

**JOHN DOES 1 - 3,932,**

    **Defendants.**
_____/

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Name and Serve Defendants (Doc. #277) filed on July 18, 2012.  Plaintiff filed an Amended Complaint (Doc. #276) against all Defendants.  Therefore, Plaintiff requests an additional 120 days to name and serve Defendants.  As grounds, Plaintiff states that additional time is needed to allow Internet Service Providers to comply with the subpoenas.

Given that an Amended Complaint has been filed in this matter the Court finds good cause to allow an extension of time to name and serve Defendants.

Accordingly, it is now **ORDERED:**

Plaintiff's Motion for Extension of Time to Name and Serve Defendants (Doc. #277) is **GRANTED**.  Plaintiff shall have 120 days – up to and including **November 20, 2012** – to name and serve the Defendants.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of July, 2012.

                                                                SHERI POLSTER CHAPPELL
                                                                UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record