**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**NU IMAGE, INC.,**

    **Plaintiff,**

**V.**                                                 **Case No:  2:11-CV-545-FtM-29SPC**

**JOHN DOES 1-3,932,**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on John Doe #965's Motion to Quash Subpoena (Doc. #279) filed on July 19, 2012.  John Doe #965 with IP Address 71.234.84.59, requests that the Court quash a subpoena that has been issued to his or her Internet Service Provider.  Upon review of the Motion to Quash, the Court notes that John Doe #965 has indicated that he or she is a resident of Bristol, Connecticut (see Doc. #279-1, ¶5), but the return address on the envelope in which John Doe mailed the Motion to the Court lists the address for a post office located in Hallendale, Florida (500 S. Federal Highway, Hallendale, FL 33009.  As John Doe #965 has not provided the Court with his or her real name and has not provided the Court with a valid mailing address, the Court will strike the Motion as it does not have the ability to provide a copy of this Order to John Doe #965.  This is consistent with what the Court has previously done in this case with regard to other John Doe Defendants who have failed to provide an address to the Court.  See Doc. #270.

Accordingly, it is now

**ORDERED:**

John Doe #965's Motion to Quash Subpoena (Doc. #279) is **STRICKEN.**

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record