```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION

NU IMAGE, INC.,

                    Plaintiff,

vs.                                   Case No.  2:11-cv-545-FtM-29SPC

DOES 1-3,932,

                    Defendants.
_____
```

### ORDER TO SHOW CAUSE

This matter comes before the Court on review of the file. The original Complaint (Doc. #1) was filed on September 26, 2011. Although some defendants have appeared for the purpose of moving to quash third-party summonses issued as to their individual internet protocol addresses, it is not clear that any of the defendants were served with the Complaint in this case. On July 27, 2012, plaintiff filed a Second Amended Complaint for Copyright Infringement (Doc. #283). No answers or motions have been filed in response to this operative pleading. On December 26, 2012, the Court denied an extension of time to name and serve defendants finding no excusable neglect demonstrated for the failure to seek an extension of time prior to the expiration of the extended deadline. (Doc. #293.) There has been no further activity in the case.

Accordingly, it is now

**ORDERED**:

Plaintiff shall show cause within **FOURTEEN (14) DAYS** of this Order why the case should not be dismissed for failure to prosecute.

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of April, 2013.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record