**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Ft. Myers Division**

_____

|  |  |  |
|---|---|---|
| **NU IMAGE, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:11-cv-00545-JES-SPC** |
| | ) | |
| **DOES 1 – 3,932** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____)

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby gives notice that it voluntarily dismisses the case, without prejudice, in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed in this case.

Respectfully submitted,
NU IMAGE, INC.

DATED:  April 2, 2013

By:  _____/s/ Jeffrey Weaver_____
Jeffrey W. Weaver
Florida Bar No. 178780
DUNLAPWEAVER, PLLC
780 5th Avenue South, Ste 200
Naples, FL 34102
Telephone: 239-349-2566
Facsimile: 703-777-3656
jweaver@dglegal.com
*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

_____ /s/ Jeffrey Weaver _____