```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


NU IMAGE, INC.,

                  Plaintiff,

vs.                                     Case No.  2:11-cv-545-FtM-29SPC

DOES 1-3,932,

                  Defendant.
_____
```

### ORDER

This cause is before the Court on plaintiff's Response to Order to Show Cause Order (Doc. #295) and Notice of Voluntary Dismissal Without Prejudice (Doc. #296) filed on April 2, 2013. Plaintiff has elected to voluntarily dismiss the case, and no answer or motion for summary judgment has been filed by any of the defendants.  The Court will dismiss the case and quash any outstanding subpoenas as moot, to the extent that any third-parties have been served in relation to this case.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED** without prejudice and all outstanding subpoenas issued to third-parties are quashed as moot.  Plaintiff shall notify the third-parties that further compliance is not required.  The Clerk shall

enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __3rd__ day of April, 2013.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
Parties of record